UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELIDAN CAMPBELL,

      Plaintiff,

v.                            CASE NO. 3:22-cv-81-HES-LLL

CONVERGENT OUTSOURCING INC.,

      Defendant.

_____/

## O R D E R

This matter is before this Court on a Notice of Pending Settlement (Dkt. 10). This pleading explains the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.

Accordingly, it is **ORDERED**:

1. The stay of this case is lifted;

2. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

3. The Clerk will terminate all pending motions and close this file.


**DONE AND ORDERED** at Jacksonville, Florida, this ___11th___ day of

May 2022.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jibrael S. Hindi, Esq.
Thomas John Patti, III, Esq.
Dayle Marie Van Hoose, Esq.
Ashley Nicole Wydro, Esq.

2